| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Earl Williams_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): EARL WILLIAMS   C. Date of Delivery: 11-7<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |

1. Article Addressed to:

Khalilah Williams
3612 Old Jeanerette Rd.
New Iberia, LA 70563-3131

1:12cv87 #9   rp

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7010 2780 0001 3986 2622

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

05 NOV 2012

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**U.S. DISTRICT CLERK**
**300 WILLOW ST., STE. 104**
**BEAUMONT, TX 77701**

CLERK U.S. DISTRICT COURT
RECEIVED
NOV - 7 2012
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS