1:12cv87  #9

James Alexander Smith
3612 Old Jeanerette Road
New Iberia, LA 70563-3131

**CLERK**
**UNITED STATES DISTRICT COURT**
300 WILLOW STREET, SUITE 104
BEAUMONT, TEXAS 77701-2217

OFFICIAL BUSINESS

CERTIFIED MAIL

7010 2780 0001 3986 2592

NIXIE   708  DE 1    00   11/13/12

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 77701272179    *0293-00582-30-43*

EASTERN DIST. OF TEXAS
BEAUMONT
NOV 19 2012
CLERK U.S. DIST.
RECEIVED