| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:12-CV-87 |
| $42,041.00 IN UNITED STATES CURRENCY, | § § § § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters pursuant to General Order 93-11. The Court has received and considered the report (Doc. No. 9) of the magistrate judge, who recommends that the Court grant the Government's "Motion for Default Judgment" (Doc. No. 7) and enter final judgment. No objections to the report and recommendation have been filed. The Court's independent review confirms that the magistrate judge's analysis is correct.

The magistrate judge's report and recommendation (Doc. No. 9) is **ADOPTED**, and the Government's "Motion for Default Judgment" (Doc. No. 7) is **GRANTED**. A final judgment will be entered separately.

SIGNED at Beaumont, Texas, this 29th day of January, 2013.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE